JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEWANE KENT DURR, ) | |
| ) | No. CV 08-1523-GAF(AJW) |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| KEN CLARK, Warden, ) | |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 7/22/08

Gary A. Feess
United States District Judge